Andrew G. Thiros, Pittsburgh, for Com.

Diana Stravoulakis for Lanair Travis Roberts.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### *ORDER*

PER CURIAM:

The appeal is dismissed as having been improvidently granted.

Justice NEWMAN dissents.

740 A.2d 1140

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Ayanna SULLIVAN, Appellant.**

Supreme Court of Pennsylvania.

Argued Feb. 2, 1999.

Decided Nov. 18, 1999.

John W. Packel, Karl L. Morgan, Philadelphia, for Ayana Sullivan.

Catherine Marshall, Hugh J. Burns, Jr., Philadelphia, for Com.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

740 A.2d 1141

**COMMONWEALTH of Pennsylvania, Acting by Attorney General D. Michael Fisher**

**v.**

**William TANKERSLEY, Patricia Harris, Harry Brankle, John Doe, Think Achievement Corporation d/b/a Career Guides, New Age Advertising Corporation, and National Answering Service,**

**Appeal of Patricia Harris, Harry Brankle, John Doe, Think Achievement Corporation, d/b/a Career Guides, New Age Advertising Corporation, and National Answering Service.**

Supreme Court of Pennsylvania.

Nov. 24, 1999.

## ORDER

PER CURIAM:

**AND NOW,** this 24th day of November,1999, the Orders of the Commonwealth Court are AFFIRMED.